No. 95–2048. MOBILE TELECOMMUNICATION TECHNOLOGIES CORP. ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 95–2049. GENERES *v.* MORRELL ET VIR. C. A. 7th Cir. Certiorari denied.

No. 95–2050. J. GEILS BAND EMPLOYEE BENEFIT PLAN ET AL. *v.* SMITH BARNEY SHEARSON, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–2051. STIFFARM *v.* BURLINGTON NORTHERN RAILROAD CO. C. A. 9th Cir. Certiorari denied.

No. 95–2053. BECKEY, DBA AMERICAN INSTITUTE OF LAW, ECONOMICS & COMPARATIVE STUDIES *v.* CENLAR FEDERAL SAVINGS BANK. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 95–2054. GUSTAFSON *v.* CITY OF LAKE ANGELUS ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–2055. ANGINO ET UX. *v.* BOARD OF SUPERVISORS OF MIDDLE PAXTON TOWNSHIP. Commw. Ct. Pa. Certiorari denied.

No. 95–2056. SINISTERRA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–2057. GOSS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–2058. CHRYSLER CORP. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–2059. BOGGI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–2061. NORDAHL *v.* STUDER REVOX AMERICA, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–2063. LANG *v.* FURR. Ct. App. S. C. Certiorari denied.